IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEAUNDRA ARTHUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:25-CV-1918-G-BN |
| JT LOGISTICS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  Objections were filed.  The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.  Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **GRANTS** the defendant JT Logistics Solutions, LLC's motion to dismiss (docket entry 11) and **DISMISSES WITHOUT PREJUDICE** the plaintiff Deaundra Arthur's complaint (docket entry 3).

And, so, the court will allow the plaintiff an opportunity to amend the pleadings by filing no later than **June 26, 2026**, a first amended complaint.  Failure to file an amended complaint within that time will result in dismissal, without further notice, of the plaintiff's claims with prejudice.

And, because the plaintiff is proceeding *in forma pauperis*, the court will screen this pleading without requiring a response from the defendant.

**SO ORDERED**.

May 27, 2026.

**A. JOE FISH**
**Senior United States District Judge**